# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 1:11-CR-142(5) |
| ADRIENNE SHIREE COLEMAN | § § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. Judge Hawthorn concluded that there was an unreasonable search and seizure, and therefore recommended that the motion to suppress be granted, but also recommended that the Court not suppress the evidence obtained by the United States Drug Enforcement Agency in the separate, independent investigation of Coleman for illicit drug trafficking as alleged in the Superseding Indictment. The Government presented a Motion to Strike in part, and Judge Hawthorn recommended that it also be granted.

Defendant, Adrienne Shiree Coleman, moves to suppress incriminating evidence obtained during a search of her vehicle resulting from a traffic stop on Interstate 10 on March 31, 2011. The Government moves to strike in part Coleman's Motion to Suppress to the extent that it seeks to suppress the identity of Coleman for alleged Department of Justice policy violations relating to witness identification.

The parties have not objected to the magistrate judge's findings. The court concludes that the magistrate judge's findings, conclusions and analysis are correct. Accordingly, the report of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that the Defendant's Amended Motion to Suppress (Docket No. 134) is

**GRANTED** and the Government's Motion to Strike in Part is **GRANTED** (Docket No. 144).

**SIGNED** this the **31** day of **July, 2012.**

_____
Thad Heartfield
United States District Judge